# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, | Case No.: 2:19-cv-00985-APG-CWH |
| Plaintiff | **Order Referring to Pro Bono Program** |
| v. | |
| LEAD ANIMAL SHELTER ANIMAL FOUNDATION; CLARK COUNTY ANIMAL CONTROL; and LEAD ANIMAL SHELTER ANIMAL CONTROL, | |
| Defendants | |

This case is referred to the Pro Bono Program ("Program") adopted in General Order 2017-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for plaintiff Brian Borenstein. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

IT IS THEREFORE ORDERED that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

IT IS FURTHER ORDERED that the Clerk of Court forward this order to the Pro Bono Liaison.

DATED this 20th day of June, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE