# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, | Case No.: 2:19-cv-00985-APG-DJA |
| Plaintiff | **Order Directing the Plaintiff to Serve the Defendants and Setting Briefing Schedule** |
| v. | |
| LEAD ANIMAL SHELTER ANIMAL FOUNDATION, et al., | |
| Defendants | |

Plaintiff Brian Borenstein brought this case as a pro se litigant and moved for emergency injunctive relief to have his service animal returned to him. ECF Nos. 1-1, 3.  The court referred this case to the pro bono program to determine whether a lawyer was willing to represent Borenstein, but it appears that effort was unsuccessful.  Accordingly, I direct Borenstein to serve the defendants with the complaint, the motion for temporary restraining order, and a copy of this order.  Borenstein must thereafter file proof of proper service upon the defendants.  The defendants shall file a response to Borenstein's motion for temporary restraining order within 14 days after being served with it.

IT IS THEREFORE ORDERED that plaintiff Brian Borenstein shall serve the defendants with a copy of the complaint, the motion for a temporary restraining order, and this order. Borenstein must file proof of proper service upon the defendants within seven days of service.

IT IS FURTHER ORDERED that the defendants shall respond to the motion for temporary restraining order within 14 days after being served with it.

DATED this 22nd day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE