# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, | Case No.: 2:19-cv-00985-APG-DJA |
| Plaintiff | **Order Regarding Necessary Parties** |
| v. | |
| LEAD ANIMAL SHELTER ANIMAL FOUNDATION, et al., | |
| Defendants | |

Plaintiff Brian Borenstein filed this case as a pro se litigant and moved for an emergency TRO to have his service dog Mana returned to him. I am concerned that not all of the necessary parties are before the court at this time. Specifically, Mana apparently has been adopted out to a new family. I could not order Mana's current owners to return Mana to Borenstein if they are not parties to this case. And that adoptive family may wish to be heard about the injunction.

I THEREFORE ORDER that counsel for the respective parties shall confer about whether the adoptive family should be joined to this case and, if so, how to do that efficiently to avoid further delay. If the parties reach an agreement, they shall submit a stipulation about how to proceed. If they cannot reach an agreement, each side shall submit a supplemental brief on this issue, limited to five pages each. The stipulation or briefs are due by October 3, 2019 unless the parties stipulate to delay the hearing on the motion for TRO.

DATED this 25th day of September, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE