# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, | Case No.: 2:19-cv-00985-APG-CWH |
| Plaintiff | **Order** |
| v. | |
| LEAD ANIMAL SHELTER ANIMAL FOUNDATION; CLARK COUNTY ANIMAL CONTROL; and LEAD ANIMAL SHELTER ANIMAL CONTROL, | |
| Defendants | |

I ORDER that pro bono counsel Raelene K. Palmer, Esq. will not be charged fees for use of the Court's filing system in this matter starting from September 13, 2019 and throughout the duration of the appointment as pro bono counsel.

DATED this 8th day of November, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE