RAELENE K. PALMER, ESQ.
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road
Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com
*Attorney for Plaintiff Brian Borenstein*

ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com
*Attorney for Plaintiff Brian Borenstein*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEAD ANIMAL SHELTER ANIMAL FOUNDATION, CLARK COUNTY ANIMAL CONTROL<br><br>Defendants. | Case No.: 2:19-cv-00985-APG-DJA<br><br>**STIPULATION AND ORDER TO STAY CASE, INCLUDING DEADLINE FOR AMENDED COMPLAINT, PENDING APPEAL** |

COMES NOW Plaintiff, BRIAN BORENSTEIN, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., and Robert S. Melcic, and Defendant, THE ANIMAL FOUNDATION, by and through its counsel, I. Scott Bogatz, Esq. and Kerry E. Kleiman, Esq. of the law firm Reid Rubinstein & Bogatz, and hereby requests the Court **to stay**

**this matter**, including the deadline for Plaintiff to file an amended complaint, which deadline is currently set for January 7, 2020, *see Minute Order* (Doc. No. 18); *Transcript of Proceedings* (Doc No. 29 at 55:14-56:7), **until 21 days after the decision on appeal is entered in this Court**. The parties are requesting the stay pending the preliminary injunction appeal, which is currently before the Ninth Circuit Court of Appeals (Case No. 19-17310), because the decision from the appellate court is likely to affect the parties to be named in the amended complaint, as well as the causes of action to be included therein. *See In re Cement Antitrust Litig.*, 673 F.2d 1020, 1026 (9th Cir. 1982) (stating, a question is "controlling" if "resolution of the issue on appeal could materially affect the outcome of litigation in the district court.").

| | |
|---|---|
| DATED this 6th day of January 2020.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By: **/ s / Raelene K. Palmer, Esq.**<br>Raelene K. Palmer, Esq.<br>State Bar No. 8602<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>(702) 952-9533<br>rpalmer@plflawyers.com<br><br>DATED this 2nd day of January 2020.<br><br>By: **/ s / Robert S. Melcic, Esq.**<br>Robert S. Melcic, Esq.<br>State Bar No. 14923<br>4930 Mar Vista Way<br>Las Vegas, Nevada 89121<br>(702) 526-4235<br>robertmelcic@gmail.com<br>*Attorneys for Plaintiff*<br>*Brian Borenstein* | DATED this 6th day of January 2020.<br><br>REID RUBINSTEIN & BOGATZ<br><br>By: **/ s / Kerry E. Kleiman, Esq.**<br>I. Scott Bogatz, Esq.<br>State Bar No. 3367<br>Kerry E Kleiman, Esq.<br>State Bar No. 14071<br>300 S. Fourth Street, Suite 830<br>Las Vegas, Nevada 89101<br>(702) 776-7000<br>sbogatz@rrblf.com<br>kkleiman@rrblf.com<br>*Attorneys for Defendant*<br>*The Animal Foundation* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 6, 2020.

- 2 -