honorable Judge Gordon United States District Court of Nevada
Borenstein v. Lead Animal Shelter Animal Foundation et al

- your honor this is this is mr. Brian Bornstein I am sorry to writing you this letter but there are a few things you need to know after having a court date with you where I was denied my motion. we're temporary restraining order and injunction you recommended in the court,I waited a couple of months your honor and I miss my Mana very much my dog I am still not doing well without him so I went down to the animal shelter in Henderson where in your courtroom they told you I would be able to adopt a dog in Henderson it would be no problemafter filling out the paperwork I was told by the manager at the animal foundation in Henderson Animal Control that they cannot let me adopt any dog in the state of Nevada the animal foundation is put into the computer please do not allow mr. Bernstein do you adopt any dog in the state of Nevada he is suing the animal foundation and we feel he is too disabled to take care of a dog I filed a complaint with the chief at the Henderson Police Department for this they will not allow me to get access to the letter from the animal foundation they have put it in the computer animal control every agency here in Nevada dust they are making it so your honor that I can leave can't even adopt a dog I took your advice I tried to adopt the dog to see if that would help they may I have made numerous complaints I have tried everything to adopt the dog and they have told me no any place in the state of Nevada I also your other requested a public information under federal law I filed with the animal foundation Clark County Animal Control and Henderson no response the animal foundation says they do not have to respond to public records I have done nothing wrong here even if I can't get my dog back which I hope I doing on the appeal they have lied to you yooran they put that in the computer as of June 24th 2019 they stood in your courtroom and told you that would be no problem with me at the top of your going anywhere else they are showing you your on today on Madison out to get mealso with the follow-up the Henderson Animal Shelter said they cannot adopt any ever as long as the animal foundation has that in the computer they are very sorry they could not give me a copy of the letter because they did not put it into the system how do you expect me to Ronnie to get a gig might they took my doggy leillegallyI am requesting a reasonable accommodation from the court under the Ada the please let me have my dog back please I have done everything I can you run a even I am not well and I am being tortured by the animal foundation buy water plants of budding and another complaint civil rights violations against Clark County Animal Control the hospital's the adapters everybody I had standing you're right it would you please reconsider do the back of the malice of the animal foundation and then pretty stuff in the computer that is not true would you please reconsider getting me back by dog under cleven I have an emergency restraining order cleats to reconsider

thank you for your timBrian borenstein 1judge wouldn't I don't even know if I'm allowed to write you this letter or not you need to know each other I have tried to get a German Shepherd and I was told I am too disabled and I am on the do not adopt list for the entire state of Nevada I have served the animal foundation with a public records request for information why I'm on this list they did not answer it and basically she it was CoO of the animal foundation that put this into the computeralso you rounded it was in the computer since June 24th 2019 you cannot hold our hearing until October they lied to you and your courtroom saying I got it anywhere when they knew this was already in the computer cuz she put it in that Miss Schultz they are discriminating against me for no reason they have made my life miserable and for all I want in life is my my service dog back thank you Brian J Bornstein

1808 Fremont Street Las Vegas Nevada 89101 attention judge Gorman Gordon's chamber

- 

PS later discovered that I was a system here in Nevada that they use for adoption and selling dogs I am on tchdo not adopt list for the entire state of Nevada because I filed a lawsuit to get my dog back this will show you either they're out to get me all I ask for is my German Shepherd returned to me which I still believe I have standing thank you for your time your honor