**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN,<br><br>                    Plaintiff,<br>v.<br><br>THE ANIMAL FOUNDATION, et al.,<br><br>                    Defendants. | Case No.:  2:19-cv-00985-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE ANIMAL FOUNDATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF NO. 41]**<br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, BRIAN BORENSTEIN, and Defendant, THE ANIMAL FOUNDATION ("TAF"), by and through their undersigned counsel, that Defendant TAF may have additional time within which to answer or otherwise respond to Plaintiff's First Amended Complaint [ECF No. 41], which was served electronically on Defendant on May 6, 2020, but which had been stayed until June 11, 2020 [*see* ECF No. 46].

Therefore, the parties agree that the last day for TAF to answer or otherwise respond to Plaintiff's First Amended Complaint is extended from Thursday, June 25, 2020 to **Thursday, July 9, 2020**.

This request is made in good faith and not for the purpose of undue delay. This document is being electronically filed through the Court's CM/ECF System. Accordingly, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document and

has authorized defense counsel to affix her electronic signature hereto; and (3) a record supporting this concurrence could be made available if so ordered by this Court.

Dated this 24th day of June, 2020.

Respectfully submitted,

| REID RUBINSTEIN & BOGATZ | THE PALMER LAW FIRM, P.C. |
|---|---|
| By: /s/ Kerry E. Kleiman, Esq.<br>I. Scott Bogatz, Esq. (3367)<br>Kerry E. Kleiman, Esq. (14071)<br>**REID RUBINSTEIN & BOGATZ**<br>300 South Fourth Street, Suite 830<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant*<br>*American Express National Bank* | By: /s/ Raelene K. Palmer, Esq.<br>Raelene K. Palmer, Esq. (8602)<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>Robert S. Melcic, Esq. (14923)<br>4930 Mar Vista Way<br>Las Vegas, NV 89121<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED this __25th__ day of __June__, 2020.

_____
UNITED STATES MAGISTRATE JUDGE