JOSHUA M. DICKEY
Nevada Bar No. 6621
STEPHANIE J. GLANTZ
Nevada Bar No. 14878
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com
SGlantz@BaileyKennedy.com

*Attorneys for Defendant*
Sunrise Hospital and Medical Center, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; COUNTY OF CLARK, *ex rel.* CLARK COUNTY ANIMAL CONTROL, a political subdivision of the State of Nevada; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited-liability company domiciled in Delaware; CARLY SCHOLTEN, an individual; VICTOR ZAVALA, an individual; ULRIKE PASTERNAK, an individual; and ROE BUSINESS ENTITIES 1-5; and DOE INDIVIDUALS 1-5,<br><br>　　　　　　　　　　　Defendants. | Case No.  2:19-cv-00985-APG-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff Brian Borenstein ("Plaintiff") and Defendant Sunrise Hospital and Medical Center, LLC ("Sunrise"), hereby stipulate and agree to extend the time for Sunrise to respond to the First Amended Complaint (ECF No. 41) from July 10, 2020 (under FRCP 12(a), (b)) to August 3, 2020. This is the first stipulation for extension of time to file responses.  Additional time is warranted to

/ / /

/ / /

/ / /

1  allow Sunrise, after recent service of the First Amended Complaint, to gather facts and prepare a
2  response.
3  STIPULATED AND AGREED TO:
4  Dated this 10th day of July, 2020.                    Dated this 10th day of July, 2020.
5  **THE PALMER LAW FIRM, P.C.**                         **BAILEY❖KENNEDY**

7  By: */s/ Raelene K. Palmer*                           By: */s/ Stephanie J. Glantz*
       RAELENE K. PALMER                                      JOSHUA M. DICKEY
8      5550 Painted Mirage Road                              STEPHANIE J. GLANTZ
       Suite 320                                              8984 Spanish Ridge Avenue
9      Las Vegas, Nevada 89149                                Las Vegas, Nevada 89148-1302

10 *Attorney for Plaintiff*                              *Attorneys for Defendant*
   Brian Borenstein                                     Sunrise Hospital and Medical Center, LLC

13                                                      **IT IS SO ORDERED.**

16                                                      _____
                                                        UNITED STATES MAGISTRATE JUDGE

18                                                      DATED: July 14, 2020
19                                                      CASE NO. 2:19-cv-00985-APG-DJA