JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorneys for Defendant,*
County of Clark, erroneously named
as County of Clark, *ex rel.* Clark County Animal Control

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; COUNTY OF CLARK, *ex rel.* CLARK COUNTY ANIMAL CONTROL, a political subdivision of the State of Nevada; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited-liability company domiciled in Delaware; CARLY SCHOLTEN, an individual; VICTOR ZAVALA, an individual; ULRIKE PASTERNAK, an individual; and ROE BUSINESS ENTITIES 1-5; and DOE INDIVIDUALS 1-5,<br><br>Defendants. | CASE NO.: 2:19-CV-00985-APG-DJA<br><br>**STIPULATION TO EXTEND TIME FOR COUNTY OF CLARK TO FILE A RESPONSIVE PLEADING**<br><br>(First Request) |

Plaintiff BRIAN BORENSTEIN ("Plaintiff") and Defendant County of Clark, erroneously named as County of Clark, *ex rel.* Clark County Animal Control ("Clark County") (collectively, the "PARTIES"), through their respective counsel, hereby stipulate and agree to extend the time for Clark County to respond to the First Amended Complaint (ECF No. 41), from July 17, 2020 to August 4, 2020.

/ / /

1

Good cause exists, and additional time is warranted to allow Clark County to review the record, gather facts, and prepare a response.

STIPULATED AND AGREED by:

DATED 17 day of July, 2020.          DATED 17 day of July, 2020.

**WILEY PETERSEN**                    **THE PALMER LAW FIRM, P.C.**

By: _____         By: s/ Raelene Palmer
JONATHAN D. BLUM, ESQ.                Raelene K. Palmer Esq.
Nevada Bar No. 009515                 Nevada Bar No. 08602
1050 Indigo Drive, Suite 200B         5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89145               Las Vegas, Nevada 89149

*Attorneys for Defendant,*            *Attorney for Plaintiff,*
County of Clark, erroneously named    Brian Borenstein
as County of Clark, *ex rel.* Clark County
Animal Control

## ORDER

IT IS SO ORDERED.

DATED this 21st day of July, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge

Respectfully submitted by:

**WILEY PETERSEN**

By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145

**CERTIFICATE OF E-SERVICE**

I hereby certify that I an employee of WILEY PETERSEN, and that on the 17 day of July 2020, I caused to be served a true and correct copy of foregoing **STIPULATION TO EXTEND TIME FOR COUNTY OF CLARK TO FILE A RESPONSIVE PLEADING** in following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

An Employee of WILEY PETERSEN

3