Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road
Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com
*Attorney for Plaintiff Brian Borenstein*

ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com
*Attorney for Plaintiff Brian Borenstein*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; COUNTY OF CLARK, *ex rel.* CLARK COUNTY ANIMAL CONTROL, a political subdivision of the State of Nevada; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited-liability company domiciled in Delaware; CARLY SCHOLTEN, an individual; VICTOR ZAVALA, an individual; ULRIKE PASTERNAK, an individual; and ROE BUSINESS ENTITIES 1-5; and DOE INDIVIDUALS 1-5,<br><br>Defendants. | CASE NO.: 2:19-CV-00985-APG-DJA<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND TIME FOR BRIAN BORENSTEIN TO FILE A RESPONSE TO THE ANIMAL FOUNDATION'S MOTION TO DISMISS AND TO REPLY THE ANIMAL FOUNDATION'S OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR MISCELLANEOUS RELIEF**<br><br>**(First Request)** |

Plaintiff BRIAN BORENSTEIN ("Plaintiff") and Defendant The Animal Foundation (collectively, the "PARTIES"), through their respective counsel, hereby stipulate and agree to extend the time for Brian Borenstein to respond to Defendant The Animal Foundation's Motion to Dismiss

1

(ECF No. 54), from July 24, 2020 to July 31, 2020 and to reply to Defendant The Animal Foundation's Opposition to Plaintiff's Second Motion for Miscellaneous Relief (ECF No. 60), from July 26, 2020 to July 31, 2020.

This request is made in good faith and is not for the purpose of undue delay. Defendant's counsel has approved the form and content of this request and has authorized Plaintiff's counsel to affix her electronic signature hereto.

STIPULATED AND AGREED by:

DATED 22nd day of July, 2020.                    DATED 22nd day of July, 2020.

                                                           **REID RUBINSTEIN & BOGATZ**

By: /s/ Robert S. Melcic                                    By: /s/ Kerry E. Kleiman
    Robert S. Melcic, Esq.                                   Kerry. E. Kleiman, Esq.
    Nevada Bar No. 14923                                  Nevada Bar No. 3367
    4930 Mar Vista Way                                      300 South 4th Street, Suite 830
    Las Vegas, Nevada 89121                              Las Vegas, Nevada 89101

    *Attorney for Plaintiff,*                                      *Attorneys for Defendant,*
    Brian Borenstein                                              The Animal Foundation

## ORDER

IT IS SO ORDERED.

DATED this 23rd day of July, 2020.

                                                   UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

By: /s/ Robert S. Melcic
    Robert S. Melcic, Esq.
    Nevada Bar No. 14923
    4930 Mar Vista Way
    Las Vegas, Nevada 89121