Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road
Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com
*Attorney for Plaintiff Brian Borenstein*

ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com
*Attorney for Plaintiff Brian Borenstein*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>             Plaintiff<br><br>  vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; COUNTY OF CLARK, *ex rel.* CLARK COUNTY ANIMAL CONTROL, a political subdivision of the State of Nevada; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited-liability company domiciled in Delaware; CARLY SCHOLTEN, an individual; VICTOR ZAVALA, an individual; ULRIKE PASTERNAK, an individual; and ROE BUSINESS ENTITIES 1-5; and DOE INDIVIDUALS 1-5,<br><br>             Defendants. | CASE NO.: 2:19-CV-00985-APG-DJA<br><br>**SECOND STIPULATION TO EXTEND TIME FOR BRIAN BORENSTEIN TO FILE A RESPONSE TO THE ANIMAL FOUNDATION'S MOTION TO DISMISS AND TO REPLY THE ANIMAL FOUNDATION'S OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR MISCELLANEOUS RELIEF**<br><br>**(Second Request)** |

Plaintiff BRIAN BORENSTEIN ("Plaintiff") and Defendant The Animal Foundation (collectively, the "PARTIES"), through their respective counsel, hereby stipulate and agree to extend the time for Brian Borenstein to respond to Defendant The Animal Foundation's Motion to

1

1   Dismiss (ECF No. 54), from July 31, 2020 to August 14, 2020 and to reply to Defendant The

2   Animal Foundation's Opposition to Plaintiff's Second Motion for Miscellaneous Relief (ECF No.

3   60), from July 31, 2020 to August 14, 2020.

4          This request is made in good faith and is not for the purpose of undue delay. Defendant's

5   counsel has approved the form and content of this request and has authorized Plaintiff's counsel to

6   affix her electronic signature hereto.

7          STIPULATED AND AGREED by:

8

9   DATED 31st day of July, 2020.                    DATED 31st day of July, 2020.

10                                                   **REID RUBINSTEIN & BOGATZ**

11
    By:/s/ Robert S. Melcic                          By:/s/  Kerry E. Kleiman
12      Robert S. Melcic, Esq.                          Kerry. E. Kleiman, Esq.
        Nevada Bar No. 14923                            Nevada Bar No. 3367
13      4930 Mar Vista Way                              300 South 4th Street, Suite 830
        Las Vegas, Nevada 89121                         Las Vegas, Nevada 89101
14
        *Attorney for Plaintiff,*                       *Attorneys for Defendant,*
15      Brian Borenstein                                The Animal Foundation

16

17

18                                        **ORDER**

19          IT IS SO ORDERED.

20          DATED this _3rd_ day of ___August_____, 2020.

21                                                   _____

22                                                   U.S. DISTRICT COURT JUDGE

23   Respectfully submitted by:

24

25   By:/s/ Robert S. Melcic
        Robert S. Melcic, Esq.
26      Nevada Bar No. 14923
        4930 Mar Vista Way
27      Las Vegas, Nevada 89121

28

                                                2

1

2

## CERTIFICATE OF E-SERVICE

3    I hereby certify that I am not a party to this action and that on the 31st day of July 2020, I caused
to be served a true and correct copy of foregoing **SECOND STIPULATION TO EXTEND**
4    **TIME FOR BRIAN BORENSTEIN TO FILE A RESPONSE TO THE ANIMAL**
**FOUNDATION'S MOTION TO DISMISS AND TO REPLY THE ANIMAL**
5    **FOUNDATION'S OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR**
**MISCELLANEOUS RELIEF** in following manner:
6          (ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of

7    the United States District Court for the District of Nevada, the above-referenced document was

8    electronically filed on the date hereof and served through the Notice of Electronic Filing

9    automatically generated by that Court's facilities.

10

11

12                                    /s/ Robert S. Melcic_____
                                         Robert S. Melcic, Esq.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28