RAELENE K. PALMER, ESQ.
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road
Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com
*Attorney for Plaintiff Brian Borenstein*

ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com
*Attorney for Plaintiff Brian Borenstein*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; *et al.*<br><br>Defendants. | Case No.:  2:19-cv-00985-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO RESPOND TO [ECF 66] DEFENDANTS SUNRISE HOSPITAL AND MEDICAL CENTER AND ULRIKE PASTERNAKS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND [ECF 68] MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANTS COUNTY OF CLARK AND VICTOR ZAVALA**<br><br>**(First Request)** |

COMES NOW Plaintiff, BRIAN BORENSTEIN, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., and Robert S. Melcic, Esq., and Defendants, SUNRISE HOSPITAL AND MEDICAL CENTER, LLC and ULRIKE PASTERNAK, by and

- 1 -

1  through their counsel, Stephanie J. Glantz, Esq., of the law firm Bailey Kennedy, and
2  COUNTY OF CLARK, and VICTOR ZAVALA, by and through their counsel, Jonathan D.
3  Blum, Esq., of the law firm Wiley Petersen, and hereby request the Court to extend the
4  deadlines for Plaintiff to respond to [ECF 66] *Defendants Sunrise Hospital and Medical Center*
5  *and Ulrike Pasternaks' Motion to Dismiss First Amended Complaint* and [ECF 68] *Motion to*
6  *Dismiss First Amended Complaint by Defendants County of Clark and Victor Zavala* from
7  **Friday, August 14, 2020 to Friday, September 25, 2019**.

8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The parties submit that this request is made in good faith and not for the purpose of undue delay but is related to caseload and calendaring issues recently experienced by counsel for the plaintiff.

| | |
|---|---|
| DATED this 12th day of August 2020.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By:  / s / Raelene K. Palmer<br>      Raelene K. Palmer, Esq.<br>      State Bar No. 8602<br>      5550 Painted Mirage Road, Suite 320<br>      Las Vegas, Nevada 89149<br>      (702) 952-9533<br>      rpalmer@plflawyers.com<br><br><br>DATED this 12th day of August 2020.<br><br>By:  / s / Robert S. Melcic<br>      Robert S. Melcic, Esq.<br>      State Bar No. 14923<br>      4930 Mar Vista Way<br>      Las Vegas, Nevada 89121<br>      (702) 526-4235<br>      robertmelcic@gmail.com<br>      *Attorneys for Plaintiff Brian Borenstein* | DATED this 12th day of August 2020.<br><br>BAILEY KENNEDY<br><br>By:  / s / Stephanie J. Glantz<br>      Joshua M. Dickey, Esq.<br>      State Bar No. 6621<br>      Stephanie J. Glantz, Esq.<br>      State Bar No. 14878<br>      8984 Spanish Ridge Avenue<br>      Las Vegas, Nevada 89148-1302<br>      (702) 562-8820<br>      JDickey@BaileyKennedy.com<br>      SGlantz@BaileyKennedy.com<br>      *Attorneys for Defendants, Sunrise Hospital and Medical Center, LLC and Ulrike Pasternak*<br><br>DATED this 12th day of August 2020.<br><br>WILEY PETERSEN<br><br>By:  / s / Jonathan D. Blum<br>      Jonathan D. Blum, Esq.<br>      State Bar No. 9515<br>      1050 Indigo Drive, Suite 200B<br>      Las Vegas, Nevada 89145<br>      (702) 910-3329<br>      jblum@wileypetersenlaw.com<br>      *Attorneys for Defendants, County of Clark and Victor Zavala* |

**ORDER**

IT IS SO ORDERED.  The response deadline is September 25, 2020.

DATED: ___August 14, 2020___, 2020.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2020, I caused to be served a copy of the foregoing *Stipulation and [Proposed] Order for Plaintiff to Respond to [ECF 66] Defendants Sunrise Hospital and Medical Center and Ulrike Pasternaks' Motion to Dismiss First Amended Complaint and [ECF 68] Motion to Dismiss First Amended Complaint by Defendants County of Clark and Victor Zavala (First Request)*, by electronic filing through the Court's CM/ECF system, addressed to:

    REID RUBINSTEIN & BOGATZ
    I. Scott Bogatz, Esq.
    State Bar No. 3367
    Kerry E Kleiman, Esq.
    State Bar No. 14071
    300 S. Fourth Street, Suite 830
    Las Vegas, Nevada 89101
    (702) 776-7000
    sbogatz@rrblf.com
    kkleiman@rrblf.com
    *Attorneys for Defendant, The Animal Foundation*

 

_____
RAELENE K. PALMER
An employee of The Palmer Law Firm, P.C.