1  ROBERT S. MELCIC, ESQ.
   Nevada Bar No. 14923
2  4930 Mar Vista Way
   Las Vegas, Nevada 89121
3  Phone: (702) 526-4235
4  Fax: (702) 386-1946
   Email: robertmelcic@gmail.com
5  *Attorney for Plaintiff Brian Borenstein*

6  Nevada Bar No. 8602
   THE PALMER LAW FIRM, P.C.
7  5550 Painted Mirage Road
   Suite 320
8  Las Vegas, Nevada 89149
9  Phone: (702) 952-9533
   Email: rpalmer@plflawyers.com
10 *Attorney for Plaintiff Brian Borenstein*

11

12                         **UNITED STATES DISTRICT COURT**

13                                **DISTRICT OF NEVADA**

14

15 BRIAN BORENSTEIN, an individual,

16         Plaintiff

17   vs.                                                    Case No.: 2:19-CV-00985-APG-DJA

18
   THE ANIMAL FOUNDATION, a domestic
19 nonprofit corporation; COUNTY OF CLARK, *ex
   rel.* CLARK COUNTY ANIMAL CONTROL, a         **MOTION FOR EXTENSION OF TIME**
20 political subdivision of the State of Nevada;    **TO REPLY TO DEFENDANT TAF'S**
   SUNRISE HOSPITAL AND MEDICAL                          **MOTION TO DISMISS**
21 CENTER, LLC, a foreign limited-liability
   company domiciled in Delaware; CARLY                       **(THIRD REQUEST)**
22 SCHOLTEN, an individual; VICTOR ZAVALA,
   an individual; ULRIKE PASTERNAK, an
23 individual; and ROE BUSINESS ENTITIES 1-5;
   and DOE INDIVIDUALS 1-5,
24
           Defendants.
25

26
           COMES NOW Plaintiff, BRIAN BORENSTEIN, (hereinafter "Plaintiff"), by and through
27
   his counsel, Robert S. Melcic, Esq. and Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., and
28

                                                  1

hereby move this honorable Court for an enlargement of time to reply to Defendant's *Motion to Dismiss*, in the above-referenced matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. PROCEDURAL HISTORY

On July 10, 2020, Defendants filed a *Motion to Dismiss*. (**ECF No.** 54). Following the ordinary course, Plaintiff's opposition would have been due on or before July 24, 2020. On July 22, 2020, Plaintiff filed a *Stipulation to Extend Time for Brian Borenstein to File a Response to the Animal Foundation's Motion to Dismiss and to Reply to The Animal Foundation's Second Motion for Miscellaneous Relief (First Request)*. (**ECF No.** 62). On July 31, 2020, Plaintiff filed a *Second Stipulation to Extend Time for Brian Borenstein to File a Response to the Animal Foundation's Motion to Dismiss and to Reply to The Animal Foundation's Opposition to Plaintiff's Second Motion for Miscellaneous Relief (Second Request)*. (**ECF No.** 65). The Court granted these stipulations.

### II. LEGAL ARGUMENT

Fed.R.Civ.P. 6(b)(1)(A) provides in pertinent part:

> (b) *Extending Time*.
> (1) *In General*. When an act may or must be done within a specified time the court may, for good cause, extend the time: with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

LR 6-1 provides in pertinent part:

> (a) Every motion requesting a continuance, extension of time, or Order shortening time shall be "Filed" by the clerk and processed as an expedited matter…
> (b) Every motion or stipulation to extend time shall inform the court of any previous extensions granted and state the reasons for the extensions requested… immediately below the title of such a motion

The undersigned counsel requested a seven-day extension on July 22, 2020, in good faith, given that Plaintiff's counsel had multiple deadlines for complex issues falling within the same

2

period. Plaintiff expected that seven days would be enough time. However, the burdens of the other documents on the deadline made finishing the motion in time unfeasible. For that reason the undersigned counsel requested a second extension, this time for fourteen days on July 31, 2020. The undersigned counsel, having been unable to confer with opposing counsel due to an expectation of meeting the deadline today, requests a two-day extension from the court.

### III.   CONCLUSION

Based upon the foregoing, Plaintiff respectfully requests that he be granted an extension of time from August 14, 2020, to August 18, 2020, to file his reply to Defendant TAF's *Motion to Dismiss and Special Anti-SLAPP Motion to Dismiss Pursuant to NRS 41.637*.

DATED this 14th day of August 2020.

/s/ Robert S. Melcic  
ROBERT S. MELCIC, Esq.  
Nevada Bar No. 8602  
4930 Mar Vista Way  
Las Vegas, Nevada 89121  
(702)526-4235  
*Attorney for Plaintiff Brian Borenstein*

### ORDER

IT IS SO ORDERED.

DATED this __17th__ day of __August__, 2016.

_____  
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

By: /s/ Robert S. Melcic,  
Robert S. Melcic, Esq.  
Nevada Bar No. 14923  
4930 Mar Vista Way  
Las Vegas, Nevada 89121

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, I caused to be served a copy of the foregoing ***Reply in Support of Defendants' Motion for Miscellaneous Relief***, by electronic filing through the Court's CM/ECF system, addressed to:

| | |
|---|---|
| I. Scott Bogatz, Esq. | Joshua M. Dickey, Esq. |
| State Bar No. 3367 | State Bar No. 6621 |
| Kerry E Kleiman, Esq. | Stephanie J. Glantz, Esq. |
| State Bar No. 14071 | State Bar No. 14878 |
| REID RUBINSTEIN & BOGATZ | BAILEY KENNEDY |
| 300 S. Fourth Street, Suite 830 | 87984 Spanish Ridge Avenue |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89148-1302 |
| (702) 776-7000 | (702) 562-8820 |
| sbogatz@rrblf.com | JDickey@BaileyKennedy.com |
| kkleiman@rrblf.com | SGlantz@BaileyKennedy.com |
| *Attorneys for Defendant, The Animal Foundation* | *Attorneys for Defendants, Sunrise Hospital and Medical Center, LLC and Ulrike Pasternak* |

Jonathan D. Blum, Esq.
State Bar No. 9515
WILEY PETERSEN
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
(702) 910-3329
jblum@wileypetersenlaw.com
*Attorneys for Defendants, County of Clark and Victor Zavala*

                                                                /s/Robert S. Melcic_____
                                                                Robert S. Melcic, Esq