ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com
*Attorney for Plaintiff Brian Borenstein*

Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road
Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com
*Attorney for Plaintiff Brian Borenstein*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRIAN BORENSTEIN, an individual,

Plaintiff,

vs.

THE ANIMAL FOUNDATION, *et al*.

Defendants.

CASE NO.: 2:19-CV-00985-APG-DJA

**STIPULATION TO EXTEND TIME FOR BRIAN BORENSTEIN TO FILE A RESPONSE TO CARLY SCHOLTEN'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**(First Request)**

Plaintiff BRIAN BORENSTEIN ("Plaintiff") and Defendant The Animal Foundation (collectively, the "PARTIES"), through their respective counsel, hereby stipulate and agree to extend the time for Brian Borenstein to respond to Defendant Carly Sholten's Motion to Dismiss (ECF No. 89), from September 9, 2020 to October 9, 2020.

1

1    This request is made in good faith and is not for the purpose of undue delay. Defendant's

2  counsel has approved the form and content of this request and has authorized Plaintiff's counsel to

3  affix her electronic signature hereto.

4        STIPULATED AND AGREED by:

5

6  DATED 4th day of September, 2020.          DATED 4th day of September, 2020.

7                                          **REID RUBINSTEIN & BOGATZ**

8
   By:/s/ Robert S. Melcic                By:/s/ Kerry E. Kleiman
9       Robert S. Melcic, Esq.                 Kerry. E. Kleiman, Esq.
        Nevada Bar No. 14923                   Nevada Bar No. 3367
10      4930 Mar Vista Way                     300 South 4th Street, Suite 830
        Las Vegas, Nevada 89121                Las Vegas, Nevada 89101
11
        *Attorney for Plaintiff,*             *Attorneys for Defendant,*
12      Brian Borenstein                       The Animal Foundation

13

14

15                          **ORDER**

16        IT IS SO ORDERED.

17        DATED this 8th day of September, 2020.

18

19                          _____
                            U.S. DISTRICT COURT JUDGE

20  Respectfully submitted by:

21

22  By:/s/ Robert S. Melcic
        Robert S. Melcic, Esq.
23      Nevada Bar No. 14923
        4930 Mar Vista Way
24      Las Vegas, Nevada 89121

25

26

27

28

                              2

1

2

3 **CERTIFICATE OF E-SERVICE**

4 I hereby certify that I am not a party to this action and that on the 6th day of September 2020, I caused to be served a true and correct copy of foregoing **STIPULATION TO EXTEND TIME**

5 **FOR BRIAN BORENSTEIN TO FILE A RESPONSE TO CARLY SCHOLTEN'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** in following manner:

6
(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of

7
the United States District Court for the District of Nevada, the above-referenced document was

8
electronically filed on the date hereof and served through the Notice of Electronic Filing

9
automatically generated by that Court's facilities.

10

11

12

/s/ Robert S. Melcic
13 Robert S. Melcic, Esq.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28