1 RAELENE K. PALMER, ESQ.
Nevada Bar No. 8602
2 THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road
3 Suite 320
4 Las Vegas, Nevada 89149
Phone: (702) 952-9533
5 Email: rpalmer@plflawyers.com
6 *Attorney for Plaintiff Brian Borenstein*

7 ROBERT S. MELCIC
Nevada Bar No. 14923
8 4930 Mar Vista Way
9 Las Vegas, Nevada 89121
Phone: (702) 526-4235
10 Fax: (702) 386-1946
Email: robertmelcic@gmail.com
11 *Attorney for Plaintiff Brian Borenstein*

12

13

14

15                **UNITED STATES DISTRICT COURT**

16                      **DISTRICT OF NEVADA**

17 BRIAN BORENSTEIN, an individual,          | Case No.:  2:19-cv-00985-APG-DJA

18                              Plaintiff,     **STIPULATION AND [~~PROPOSED~~]**
                                               **ORDER FOR PLAINTIFF TO RESPOND**
19                                             **TO [ECF 68] MOTION TO DISMISS**
20 vs.                                         **FIRST AMENDED COMPLAINT BY**
                                               **DEFENDANTS COUNTY OF CLARK**
21 THE ANIMAL FOUNDATION, a domestic          **AND VICTOR ZAVALA**
   nonprofit corporation; *et al.*
22                                             **(Second Request)**
                               Defendants.
23

24

25        COMES NOW Plaintiff, BRIAN BORENSTEIN, by and through his counsel, Raelene

26 K. Palmer, Esq. of The Palmer Law Firm, P.C., and Robert S. Melcic, Esq., and Defendants,

27 COUNTY OF CLARK, and VICTOR ZAVALA, by and through their counsel, Jonathan D.

28 Blum, Esq., of the law firm Wiley Petersen, and hereby request the Court to extend the

- 1 -

1    deadlines for Plaintiff to respond to [ECF 68] *Motion to Dismiss First Amended Complaint by*

2    *Defendants County of Clark and Victor Zavala* by one week from **Friday, September 25, 2020**

3    **to  Friday, October 2,** 2020

4    ///

5    ///

6    ///

7    ///

8    ///

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    This is the second request for an extension. The original deadline was August 14, 2020.

2  The parties submit that this request is made in good faith and not for the purpose of undue delay

3  but is related to caseload and calendar deadlines for Plaintiff's counsel.

| | |
|---|---|
| DATED this 25th day of September 2020. | DATED this 25th day of September 2020. |
| THE PALMER LAW FIRM, P.C. | WILEY PETERSEN |
| By:  / s / *Raelene K. Palmer* | By:  / s / *Jonathan D. Blum* |
| Raelene K. Palmer, Esq.<br>State Bar No. 8602<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>(702) 952-9533<br>rpalmer@plflawyers.com | Jonathan D. Blum, Esq.<br>State Bar No. 9515<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br>(702) 910-3329<br>jblum@wileypetersenlaw.com<br>*Attorneys for Defendants, County of*<br>*Clark and Victor Zavala* |
| DATED this 25th day of September 2020. | |
| By:  / s / *Robert S. Melcic* | |
| Robert S. Melcic, Esq.<br>State Bar No. 14923<br>4930 Mar Vista Way<br>Las Vegas, Nevada 89121<br>(702) 526-4235<br>robertmelcic@gmail.com<br>*Attorneys for Plaintiff Brian Borenstein* | |

## ORDER

IT IS SO ORDERED.


DATED: September 25, 2020.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2020, I caused to be served a copy of the foregoing **Stipulation and [Proposed] Order for Plaintiff to Respond to [ECF 68] Motion to Dismiss First Amended Complaint by Defendants County of Clark and Victor Zavala (First Request)**, by electronic filing through the Court's CM/ECF system, addressed to:

REID RUBINSTEIN & BOGATZ
I. Scott Bogatz, Esq.
State Bar No. 3367
Kerry E Kleiman, Esq.
State Bar No. 14071
300 S. Fourth Street, Suite 830
Las Vegas, Nevada 89101
(702) 776-7000
sbogatz@rrblf.com
kkleiman@rrblf.com
*Attorneys for Defendants, The Animal*
*Foundation and Carly Scholten*

Bailey Kennedy
Joshua M. Dickey, Esq.
State Bar No. 6621
Stephanie J. Glantz, Esq.
State Bar No. 14878
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
(702) 562-8820
JDickey@BaileyKennedy.com
SGlantz@BaileyKennedy.com
*Attorneys for Defendants, Sunrise Hospital*
*and Medical Center, LLC and Ulrike Pasternak*

_____
RAELENE K. PALMER
An employee of The Palmer Law Firm, P.C.