RAELENE K. PALMER, ESQ.
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road
Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com
*Attorney for Plaintiff Brian Borenstein*

ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com
*Attorney for Plaintiff Brian Borenstein*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; *et al.*<br><br>Defendants. | Case No.: 2:19-cv-00985-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO RESPOND TO [ECF 68] MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANTS COUNTY OF CLARK AND VICTOR ZAVALA**<br><br>**(Third Request)** |

COMES NOW Plaintiff, BRIAN BORENSTEIN, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., and Robert S. Melcic, Esq., and Defendants, COUNTY OF CLARK, and VICTOR ZAVALA, by and through their counsel, Jonathan D. Blum, Esq., of the law firm Wiley Petersen, and hereby request the Court to extend the

- 1 -

- 2 -

1  deadlines for Plaintiff to respond to [ECF 68] *Motion to Dismiss First Amended Complaint by*
2  *Defendants County of Clark and Victor Zavala* by one week from **Friday, October 2, 2020 to**
3  **Friday, October 9, 2020**.
4  ///
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  This is the third request for an extension. The original deadline was August 14, 2020.
2  The parties submit that this request is made in good faith and not for the purpose of undue delay
3  but is related to caseload and calendar deadlines for Plaintiff's counsel.

| DATED this 2nd day of October 2020. | DATED this 2nd day of October 2020. |
|---|---|
| THE PALMER LAW FIRM, P.C. | WILEY PETERSEN |
| By: _/ s / Raelene K. Palmer_<br>    Raelene K. Palmer, Esq.<br>    State Bar No. 8602<br>    5550 Painted Mirage Road, Suite 320<br>    Las Vegas, Nevada 89149<br>    (702) 952-9533<br>    rpalmer@plflawyers.com | By: _/ s / Jonathan D. Blum_<br>    Jonathan D. Blum, Esq.<br>    State Bar No. 9515<br>    1050 Indigo Drive, Suite 200B<br>    Las Vegas, Nevada 89145<br>    (702) 910-3329<br>    jblum@wileypetersenlaw.com<br>    *Attorneys for Defendants, County of Clark and Victor Zavala* |
| DATED this 2nd day of October 2020.<br><br>By: _/ s / Robert S. Melcic_<br>    Robert S. Melcic, Esq.<br>    State Bar No. 14923<br>    4930 Mar Vista Way<br>    Las Vegas, Nevada 89121<br>    (702) 526-4235<br>    robertmelcic@gmail.com<br>    *Attorneys for Plaintiff Brian Borenstein* | |

**ORDER**

IT IS SO ORDERED.

DATED:  October 5, 2020.

_____
UNITED STATES DISTRICT JUDGE