**REID RUBINSTEIN & BOGATZ**
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
sbogatz@rrblf.com
kkleiman@rrblf.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN,<br><br>　　　　　　　Plaintiff,<br>v.<br>THE ANIMAL FOUNDATION, et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:19-cv-00985-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT CARLY SCHOLTEN TO REPLY TO PLAINTIFF'S RESPONSE [ECF NO. 107]**<br>**[FIRST REQUEST]** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, BRIAN BORENSTEIN, and Defendant, CARLY SCHOLTEN, by and through their undersigned counsel, that Defendant Ms. Scholten may have additional time within which to file her reply to Plaintiff's Opposition [ECF No. 107] to her Motion to Dismiss [ECF No. 89].

　　　　Plaintiff's Opposition was filed on October 9, 2020. Defense counsel has requested an additional week to prepare Ms. Scholten's reply, which counsel for Plaintiff's has graciously agreed to. Therefore, the parties hereby stipulate that the last day for Ms. Scholten to reply to Plaintiff's Opposition is extended from Friday, October 16, 2020 to **Friday, October 23, 2020**.

　　　　This request is made in good faith and not for the purpose of undue delay. This document is being electronically filed through the Court's CM/ECF System. Accordingly, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document and has authorized defense counsel to affix his electronic signature hereto; and (3) a record supporting

this concurrence could be made available if so ordered by this Court.

Dated this 16th day of October, 2020.

Respectfully submitted,

| REID RUBINSTEIN & BOGATZ | THE PALMER LAW FIRM, P.C. |
|---|---|
| By: */s/ Kerry E. Kleiman, Esq.*<br>I. Scott Bogatz, Esq. (3367)<br>Kerry E. Kleiman, Esq. (14071)<br>**REID RUBINSTEIN & BOGATZ**<br>300 South Fourth Street, Suite 830<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants The Animal Foundation & Carly Scholten, COO* | By: */s/ Robert S. Melcic, Esq.*<br>Raelene K. Palmer, Esq. (8602)<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>Robert S. Melcic, Esq. (14923)<br>4930 Mar Vista Way<br>Las Vegas, NV 89121<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED this ____19th____ day of ___October_____, 2020.

_____
UNITED STATES DISTRICT JUDGE