UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN,<br><br>    Plaintiff<br><br>v.<br><br>THE ANIMAL FOUNDATION, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00985-APG-DJA<br><br>**Order (1) Striking Plaintiff Borenstein's Motion for Reasonable Accommodation and (2) Striking Plaintiff Borenstein's Motion for Expedited Relief**<br><br>[ECF Nos. 131; 132] |

On January 9, 2021, Plaintiff Brian Borenstein filed two motions pro se, asking for reasonable accommodation and expedited relief related to his service dog Mana. Although Borenstein was unrepresented at the start of this case, I appointed pro bono counsel for Borenstein on September 19, 2019. ECF No. 10. Counsel has submitted several filings on Borenstein's behalf since then. *See, e.g.*, ECF Nos. 41; 52; 79; 86; 98; 107; 111; 135. Under Local Rule IA 11-6(a), a party may not personally file a document with the court once they are represented by counsel. I therefore strike both motions.

I THEREFORE ORDER the clerk of the court to strike Brian Borenstein's motion for reasonable accommodation **(ECF No. 131)** and motion for expedited relief **(ECF No. 132)**.

DATED this 17th day of March, 2021.

                                              ANDREW P. GORDON<br>
                                              UNITED STATES DISTRICT JUDGE