Joshua M. Dickey
Nevada Bar No. 6621
Stephanie J. Glantz
Nevada Bar No. 14878
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com
SGlantz@BaileyKennedy.com

*Attorneys for Sunrise Hospital and Medical
Center, LLC and Ulrike Pasternak*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual, | |
| Plaintiff, | Case No.  2:19-cv-00985-APG-DJA |
| vs. | |
| THE ANIMAL FOUNDATION, a domestic nonprofit corporation; COUNTY OF CLARK, *ex rel.* CLARK COUNTY ANIMAL CONTROL, a political subdivision of the State of Nevada; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited-liability company domiciled in Delaware; CARLY SCHOLTEN, an individual; VICTOR ZAVALA, an individual; ULRIKE PASTERNAK, an individual; and ROE BUSINESS ENTITIES 1-5; and DOE INDIVIDUALS 1-5, | **STIPULATION TO EXTEND TIME FOR THE SUNRISE PARTIES TO RESPOND TO [ECF NO. 158] PLAINTIFF'S MOTION FOR RECONSIDERATION OF [ECF 143]— ORDER GRANTING AND GRANTING, IN PART, DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(First Request)** |
| Defendants. | |

Sunrise Hospital and Medical Center, LLC ("Sunrise") and Ulrike Pasternak (jointly, the "Sunrise Parties"); and Plaintiff Brian Borenstein ("Plaintiff") hereby stipulate and agree to extend the time for the Sunrise Parties to respond to [ECF No. 158] Plaintiff's Motion for Reconsideration of [ECF 143]—Order Granting and Granting [*sic*], in Part, Defendants' Motions to Dismiss (the "Motion") from July 6, 2021 to July 8, 2021.  This is the first stipulation for extension of time to file a response.

///

This extension is being made in good faith to accommodate the schedules of counsel and is not for purposes of delay.

STIPULATED AND AGREED TO:

Dated this 6th day of July, 2021.                    Dated this 6th day of July, 2021.

**THE PALMER LAW FIRM, P.C.**                       **BAILEY❖KENNEDY**


By: _/s/ Raelene K. Palmer_____           By: _/s/ Joshua M. Dickey_____
    RAELENE K. PALMER                                 JOSHUA M. DICKEY
    5550 Painted Mirage Road                          STEPHANIE J. GLANTZ
    Suite 320                                         8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89149                           Las Vegas, Nevada 89148-1302

*Attorney for Plaintiff*                             *Attorneys for Sunrise Hospital and Medical*
*Brian Borenstein*                                   *Center, LLC and Ulrike Pasternak*


                                                    **IT IS SO ORDERED.**


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE


                                                    DATED: ___July 7, 2021_____

                                                    CASE NO. 2:19-cv-00985-APG-DJA

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820