ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: Robert_Melcic@hotmail.com
*Attorney for Plaintiff Brian Borenstein*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>Vs.<br><br>THE ANIMAL FOUNDATION, *et al*.<br><br>Defendants. | Case No.: 2:19-cv-00985-APG-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO ECF No. 158 DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>**(FIRST REQUEST)** |

Brian Borenstein, County of Clark, and Victor Zavala hereby stipulate and agree to extend the time for Brian Borenstein to Respond to [ECF No. 158] Defendant County of Clark's Opposition to ECF No. 158 Plaintiff's Motion for Reconsideration of [ECF 143] – Order Granting and Granting, in Part Defendants' Motions to Dismiss from July 13, 2021 to July 15, 2021. This is the first stipulation for extension of time to file a response.

///

///

This stipulation is made in good faith and not for purposes of delay.

STIPULATED AND AGREE TO:

Dated this 13th day of July, 2021

**THE LAW OFFICES OF ROBERT S. MELCIC**           **WILEY PETERSEN**

By:/s/ Robert S, Melcic_____                  By:_/s/ Jonathan D. Bloom_____
    Robert S. Melcic                                  Jonathan D. Blum
    4930 Mar Vista Way                                1050 Indigo Drive
    Las Vegas, Nevada 89121                           Suite 200B
    *Attorney for Plaintiff*                          Las Vegas, Nevada 89145
    *Brian Borenstein*                                *Plaintiff for Defendants*
                                                      *County of Clark*

IT IS SO ORDERED:

Dated:___July 14, 2021_____

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
2:19-cv-00985-APG-DJA