JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants,*
County of Clark and Victor Zavala

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; COUNTY OF CLARK, a political subdivision of the State of Nevada; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited-liability company domiciled in Delaware; CARLY SCHOLTEN, an individual; VICTOR ZAVALA, an individual; and ROE BUSINESS ENTITIES 1-5; and DOE INDIVIDUALS 1-5,<br><br>Defendants, | CASE NO.: 2:19-CV-00985-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS COUNTY OF CLARK AND VICTOR ZAVALA TO RESPOND TO [189] PLAINITFF'S SECOND AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendants, COUNTY OF CLARK, and VICTOR ZAVALA (collectively, the "County Defendants"), by and through their counsel, Jonathan D. Blum, Esq., of the law firm Wiley Petersen, and Plaintiff, BRIAN BORENSTEIN, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., and Robert S. Melcic, Esq., and stipulate hereby request the Court to extend the deadlines for the County Defendants to respond to [ECF 189] Plaintiff's Second Amended Complaint by three days from Tuesday, September 7, 2021 to Friday, September 10, 2021. The Parties also request a seven-day extension on Plaintiff's deadline to file a reply related thereto, from September 24, 2021, to October 1, 2021.

Counsel for the County Defendants has an unexpected emergency motion pending in state court which has precluded other previously- planned obligations. Additionally, Tuesday September 7 is the Jewish holiday of Rosh Hashana. Plaintiff's counsel will be travelling the week of September 24, 2021. This stipulated extension is for good cause, and not for improper delay.

DATED this 1 day of September 2021.                DATED this ___ day of September 2021.

**THE PALMER LAW FIRM, P.C.**                      **WILEY PETERSEN**

By:/s/ Raelene Palmer                              By: _____
Raelene K. Palmer, Esq.                            Jonathan D. Blum, Esq.
Nevada Bar No. 8602                                Nevada Bar No. 9515
5550 Painted Mirage Road, Suite 320                1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89149                            Las Vegas, Nevada 89145

Robert S. Melcic, Esq.                             *Attorneys for Defendants,*
Nevada Bar No. 14923                               *County of Clark and Victor Zavala*
4930 Mar Vista Way
Las Vegas, Nevada 89121

*Attorneys for Plaintiff,*
*Brian Borenstein*

## ORDER

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 2, 2021