```
1   REID RUBINSTEIN & BOGATZ
    I. SCOTT BOGATZ, ESQ.
2   Nevada Bar No. 3367
    KERRY E. KLEIMAN, ESQ.
3   Nevada Bar No. 14071
    300 South 4th Street, Suite 830
4   Las Vegas, Nevada 89101
    Telephone: (702) 776-7000
5   Facsimile: (702) 776-7900
    sbogatz@rrblf.com
6   kkleiman@rrblf.com
    Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN,<br><br>            Plaintiff,<br>v.<br><br>THE ANIMAL FOUNDATION, et al.,<br><br>            Defendants. | Case No.:   2:19-cv-00985-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS THE ANIMAL FOUNDATION & CARLY SCHOLTEN TO REPLY TO PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. 189]**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, BRIAN BORENSTEIN, and Defendant, CARLY SCHOLTEN, by and through their undersigned counsel, that Defendants The Animal Foundation ("TAF") and Ms. Carly Scholten (collectively with TAF the "TAF Defendants") may have additional time within which to respond to Plaintiff's Second Amended Complaint [ECF No. 189].

Plaintiff's Second Amended Complaint was filed on August 23, 2021. Defense counsel has requested an additional week to prepare a response, to which counsel for Plaintiff's has graciously agreed. Therefore, the parties hereby stipulate that the last day for TAF Defendants to respond to Plaintiff's Second Amended Complaint is extended from Tuesday, September 7, 2021 to **Tuesday, September 14, 2021**.

Further, in light of travel plans and other obligations of Plaintiff's counsel, the Parties stipulate and request that Plaintiff's deadline to file a reply thereto be extended for a week from Tuesday, September 28, 2021 to **Tuesday, October 5, 2021.**

This request is made in good faith and not for the purpose of undue delay. This document is being electronically filed through the Court's CM/ECF System. Accordingly, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document and has authorized defense counsel to affix his electronic signature hereto; and (3) a record supporting this concurrence could be made available if so ordered by this Court.

Dated this 7th day of September, 2021.

Respectfully submitted,

| REID RUBINSTEIN & BOGATZ | THE PALMER LAW FIRM, P.C. |
|---|---|
| By: /s/ Kerry E. Kleiman<br>I. Scott Bogatz, Esq. (3367)<br>Kerry E. Kleiman, Esq. (14071)<br>**REID RUBINSTEIN & BOGATZ**<br>300 South Fourth Street, Suite 830<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants The Animal Foundation & Carly Scholten, COO* | By: /s/ Raelene K. Palmer<br>Raelene K. Palmer, Esq. (8602)<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br><br>Robert S. Melcic, Esq. (14923)<br>4930 Mar Vista Way<br>Las Vegas, NV 89121<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of September 2021.

_____
Daniel J. Albregts
United States Magistrate Judge