**SAO**
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants,*
County of Clark and Victor Zavala

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; COUNTY OF CLARK, a political subdivision of the State of Nevada; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited-liability company domiciled in Delaware; CARLY SCHOLTEN, an individual; VICTOR ZAVALA, an individual; and ROE BUSINESS ENTITIES 1-5; and DOE INDIVIDUALS 1-5,<br><br>Defendants, | CASE NO.: 2:19-CV-00985-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS COUNTY OF CLARK AND VICTOR ZAVALA TO RESPOND TO [206] PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants, COUNTY OF CLARK and VICTOR ZAVALA (collectively, the "County Defendants"), by and through their counsel, Jonathan D. Blum, Esq., of the law firm Wiley Petersen, and Plaintiff, BRIAN BORENSTEIN, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., and Robert S. Melcic, Esq., hereby stipulate and request the Court to extend the deadline for the County Defendants to respond to [ECF 206] Plaintiff's Opposition to Motion To Dismiss Second Amended Complaint by two days from Friday, October 8, 2021 to Tuesday, October 12, 2021.

Counsel for the County Defendants have requested this short extension due to various work obligations and the fact that it will be difficult to substantively respond to the 25-page Opposition in

five business days.  This stipulated extension is for good cause, and not for improper delay.

DATED this  6  day of October 2021.

**THE PALMER LAW FIRM, P.C.**

By: ___*Raelene K. Palmer*_____
Raelene K. Palmer, Esq.
Nevada Bar No. 8602
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149

Robert S. Melcic, Esq.
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121

*Attorneys for Plaintiff,*
*Brian Borenstein*

DATED this   6   day of October 2021.

**WILEY PETERSEN**

By: ___*Jonathan D. Blum*_____
Jonathan D. Blum, Esq.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145

*Attorneys for Defendants,*
*County of Clark and Victor Zavala*

## ORDER

IT IS SO ORDERED.

DATED: October 8, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE