RAELENE K. PALMER, ESQ.
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road
Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com
*Attorney for Plaintiff Brian Borenstein*

ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com
*Attorney for Plaintiff Brian Borenstein*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; *et al.*<br><br>Defendants. | Case No.: 2:19-cv-00985-APG-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO RESPOND TO [ECF 202] DEFENDANTS THE ANIMAL FOUNDATION AND CARLY SCHOLTEN'S MOTION TO DISMISS [ECF NO. 189] & RENEWED SPECIAL ANTI-SLAPP MOTION TO DISMISS UNDER NRS 41.637**<br><br>**(Third Request)** |

COME NOW Plaintiff, Brian Borenstein, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., and Robert S. Melcic, Esq., and Defendants, The Animal Foundation and Carly Scholten, by and through their counsel, Kerry E. Kleiman, Esq., of the law firm Reid Rubinstein & Bogatz, and hereby request the Court to extend the deadline

1  for Plaintiff to respond to [ECF 202] *Defendants The Animal Foundation and Carly Scholten's*
2  *Motion to Dismiss [ECF No. 189] & Renewed Special Anti-Slapp Motion to Dismiss Under*
3  *NRS 41.637* by one week from **Friday, October 15, 2021** to **Friday, October 22, 2021**.
4  ///
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Plaintiff has requested this extension due to a mediation in another matter, scheduled for October 14, 2021, requiring Attorney Palmer to travel to Reno, Nevada, which mediation was scheduled after the parties stipulated to the October 15, 2021 deadline, and the Court granted the request, *see* ECF No. 199. Attorney Melcic is likewise experiencing personal and family medical problems, *see* ECF No. 215, which motion was subsequently withdrawn, *see* ECF No. 217. The parties submit that this request is made in good faith and not for the purpose of undue delay.

| DATED this 13th day of October 2021. | DATED this 13th day of October 2021. |
|---|---|
| THE PALMER LAW FIRM, P.C. | REID RUBINSTEIN & BOGATZ |
| By: **/ s / Raelene K. Palmer**<br>    Raelene K. Palmer, Esq.<br>    State Bar No. 8602<br>    5550 Painted Mirage Road, Suite 320<br>    Las Vegas, Nevada 89149<br>    (702) 952-9533<br>    rpalmer@plflawyers.com<br>    *Attorneys for Plaintiff, Brian Borenstein* | By: **/ s / Kerry E. Kleiman**<br>    Kerry E. Kleiman, Esq.<br>    State Bar No. 14071<br>    300 S. Fourth Street, Suite 830<br>    Las Vegas, Nevada 89101<br>    (702) 776-7000<br>    kkleiman@rrblf.com<br>    *Attorneys for Defendants, The Animal Foundation and Carly Scholten* |

**ORDER**

IT IS SO ORDERED.

DATED: _____October 14_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2021, I caused to be served a copy of the foregoing *Stipulation and [Proposed] Order for Plaintiff to Respond to [ECF 202] Defendants The Animal Foundation and Carly Scholten's Motion to Dismiss [ECF NO. 189] & Renewed Special Anti-Slapp Motion to Dismiss Under NRS 41.637 (Third Request)*, by electronic filing through the Court's CM/ECF system, addressed to:

WILEY PETERSEN
Jonathan D. Blum, Esq.
State Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
(702) 910-3329
jblum@wileypetersenlaw.com
*Attorneys for Defendants, County of Clark and Victor Zavala*

BAILEY KENNEDY
Joshua M. Dickey, Esq.
State Bar No. 6621
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
(702) 562-8820
JDickey@BaileyKennedy.com
*Attorneys for Defendant, Sunrise Hospital and Medical Center, LLC*

_____
RAELENE K. PALMER
An employee of The Palmer Law Firm, P.C.