1  RAELENE K. PALMER, ESQ.
   Nevada Bar No. 8602
2  THE PALMER LAW FIRM, P.C.
3  5550 Painted Mirage Road
   Suite 320
4  Las Vegas, Nevada 89149
   Phone: (702) 952-9533
5  Email: rpalmer@plflawyers.com
6  *Attorney for Plaintiff Brian Borenstein*

7  ROBERT S. MELCIC
   Nevada Bar No. 14923
8  4930 Mar Vista Way
9  Las Vegas, Nevada 89121
   Phone: (702) 526-4235
10 Fax: (702) 386-1946
   Email: robertmelcic@gmail.com
11 *Attorney for Plaintiff Brian Borenstein*

12

13

14

15                **UNITED STATES DISTRICT COURT**

16                    **DISTRICT OF NEVADA**

17  BRIAN BORENSTEIN, an individual,        Case No.:  2:19-cv-00985-APG-DJA

18                          Plaintiff,      **STIPULATION AND ORDER FOR
                                            PLAINTIFF TO RESPOND TO [ECF
19                                          202] DEFENDANTS THE ANIMAL
                                            FOUNDATION AND CARLY
20  vs.                                     SCHOLTEN'S MOTION TO DISMISS
                                            [ECF NO. 189] & RENEWED SPECIAL
21  THE ANIMAL FOUNDATION, a domestic       ANTI-SLAPP MOTION TO DISMISS
    nonprofit corporation; *et al.*         UNDER NRS 41.637**
22
23                          Defendants.     **(Fourth Request)**

24

25       COME NOW Plaintiff, Brian Borenstein, by and through his counsel, Raelene K.

26  Palmer, Esq. of The Palmer Law Firm, P.C., and Robert S. Melcic, Esq., and Defendants, The

27  Animal Foundation and Carly Scholten, by and through their counsel, Kerry E. Kleiman, Esq.,

28  of the law firm Reid Rubinstein & Bogatz, and hereby request the Court to extend the deadline

                                      - 1 -

for Plaintiff to respond to [ECF 202] *Defendants The Animal Foundation and Carly Scholten's Motion to Dismiss [ECF No. 189] & Renewed Special Anti-Slapp Motion to Dismiss Under NRS 41.637* by one judicial day from **Friday, October 22, 2021** to **Monday, October 25, 2021**.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

Plaintiff previously requested a stipulated extension of one week to October 22, 2021, due to a mediation requiring his counsel to travel in another matter, which this Court granted. Plaintiff's counsel sincerely but incorrectly believed that this would be sufficient time to respond to Defendants' motion. Plaintiff's counsel has completed the majority of his response, but given the number of claims for which Defendants' seek dismissal, Plaintiff seeks one additional day to complete his response. The parties submit that this request is made in good faith and not for the purpose of undue delay.

| DATED this 22nd day of October 2021. | DATED this 22nd day of October 2021. |
|---|---|
| THE PALMER LAW FIRM, P.C. | REID RUBINSTEIN & BOGATZ |
| By: _/ s / Raelene K. Palmer_____ | By: _/ s / Kerry E. Kleiman_____ |
| Raelene K. Palmer, Esq. | Kerry E. Kleiman, Esq. |
| State Bar No. 8602 | State Bar No. 14071 |
| 5550 Painted Mirage Road, Suite 320 | 300 S. Fourth Street, Suite 830 |
| Las Vegas, Nevada 89149 | Las Vegas, Nevada 89101 |
| (702) 952-9533 | (702) 776-7000 |
| rpalmer@plflawyers.com | kkleiman@rrblf.com |
| *Attorneys for Plaintiff, Brian Borenstein* | *Attorneys for Defendants, The Animal Foundation and Carly Scholten* |

## ORDER

IT IS SO ORDERED.


DATED: _____October 27_____, 2021.


_____
UNITED STATES DISTRICT JUDGE