RAELENE K. PALMER, ESQ.
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
5550 Painted Mirage Road
Suite 320
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com

ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com
*Attorneys for Plaintiff, Brian Borenstein*

TRAVIS N. BARRICK
Nevada Bar No. 9257
GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Blvd. South, Suite 104
Las Vegas, Nevada 89101
Phone: (702) 892-3500
Email: tbarrick@vegascase.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; *et al.*<br><br>Defendants | Case No.: 2:19-cv-00985-~~APG-DJA~~ CDS-NJK<br><br>**STIPULATION REQUESTING SETTLEMENT CONFERENCE BEFORE A NEUTRAL MAGISTRATE JUDGE** |

COME NOW Plaintiff, Brian Borenstein, by and through his counsel, Travis N. Barrick, of the law firm, Gallian Welker & Associates, L.C., Raelene K. Palmer, Esq. of The Palmer

- 1 -

Law Firm, P.C., and Robert S. Melcic, Esq., and Defendants, The Animal Foundation and Carly Scholten, by and through their counsel, Brad Lipman, Esq., of the law firm Reid Rubinstein & Bogatz, County of Clark and Victor Zavala, by and through their counsel, Jonathan D. Blum, Esq., of the law firm Wiley Petersen, and Sunrise Hospital and Medical Center, by and through its counsel, Joshua M. Dickey, Esq., of the law firm Bailey Kennedy, and hereby file their *Stipulation Requesting Settlement Conference Before a Neutral Magistrate Judge*.

## I.  STIPULATION

On August 8, 2022, the Court held a status conference, wherein the Court stated that it would refer this matter for settlement after then-pending motions to compel discovery were decided. (**ECF. No. 266**). The motions to compel discovery were finally decided on October 20, 2022. (**ECF No. 274**). Since then, the parties have worked independently to resolve their disputes, and although the parties have not fully resolved their disputes, Plaintiff and The Animal Foundation believe that they have reached a tentative agreement on a preliminary matter that will make settlement possible with the help of a neutral magistrate judge.

As such, the parties are requesting the Court to set this matter for a settlement conference before a neutral magistrate judge.[1]

| DATED this 17th day of February 2023. | DATED this 17th day of February 2023. |
|---|---|
| THE PALMER LAW FIRM, P.C. | REID RUBINSTEIN & BOGATZ |
| *Electronic Signature Authorized* | *Electronic Signature Authorized* |
| By: __/ s / Raelene K. Palmer__<br>    Raelene K. Palmer, Esq.<br>    State Bar No. 8602<br>    5550 Painted Mirage Road, Suite 320<br>    Las Vegas, Nevada 89149<br>    (702) 952-9533<br>    rpalmer@plflawyers.com<br>    *Attorneys for Plaintiff, Brian Borenstein* | By: __/ s / Brad Lipman__<br>    Brad Lipman, Esq.<br>    State Bar No. 14567<br>    300 S. Fourth Street, Suite 830<br>    Las Vegas, Nevada 89101<br>    (702) 776-7000<br>    blipman@rrblf.com<br>    *Attorneys for Defendants, The Animal Foundation and Carly Scholten* |

---

[1] Although it is not reflected in the August 9, 2022 minutes, at the hearing, Plaintiff requested the Court to assign the settlement conference to a neutral magistrate judge who has not been assigned or previously assigned to the case. The Court suggested that a neutral magistrate judge from the unofficial northern district might be the best option for this case. Thus, if it pleases the Court, all parties agree with the Court so doing.

| | |
|---|---|
| DATED this 17th day of February 2023.<br><br>WILEY PETERSEN<br><br>*Electronic Signature Authorized*<br><br>By: __/ s / **Jonathan D. Blum**__<br>    Jonathan D. Blum, Esq.<br>    State Bar No. 9515<br>    1050 Indigo Drive, Suite 200B<br>    Las Vegas, Nevada 89145<br>    (702) 910-3329<br>    jblum@wileypetersenlaw.com<br>    *Attorneys for Defendants, County of Clark and Victor Zavala* | DATED this 17th day of February 2023.<br><br>BAILEY KENNEDY<br><br>*Electronic Signature Authorized*<br><br>By: __/ s / **Joshua M. Dickey**__<br>    Joshua M. Dickey, Esq.<br>    State Bar No. 6621<br>    8984 Spanish Ridge Avenue<br>    Las Vegas, Nevada 89148-1302<br>    (702) 562-8820<br>    jdickey@baileykennedy.com<br>    *Attorneys for Defendant, Sunrise Hospital and Medical Center, LLC* |

**ORDER**

THE COURT, having considered the preceding stipulation and GOOD CAUSE appearing therefor, GRANTS the *Stipulation Requesting Settlement Conference Before a Neutral Magistrate Judge*.

IT IS HEREBY ORDERED that this matter is referred to Magistrate Judge Carla Baldwin to schedule and conduct a settlement conference.

_____
UNITED STATES DISTRICT JUDGE
DATED:  February 22, 2023