AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Brian Borenstein,

                         JUDGMENT IN A CIVIL CASE

         Plaintiff,

V.

                         Civil Case Number  **2:19-cv-00985-CDS-NJK**

Sunrise Hospital and Medical Center, LLC

         Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered favor of Defendant Sunrise Hospital and Medical Center, LLC, and against Plaintiff Brian Borenstein, with Prejudice.

This case is now closed.

4/5/2023                                                    DEBRA K. KEMPI
Date                                                          Clerk

                                                                      /s/ K. Ferris
                                                                      Deputy Clerk