RAELENE K. PALMER
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
6605 Grand Montecito Pkwy, Suite 100
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com

ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com

RICHARD E. RETAMAR
*Admitted Pro Hac Vice*
RETAMAR & MILLIAN, P.A.
685 E. Hillsboro Boulevard
Deerfield Beach, Florida 33441
Phone: (954) 834-0404
Email: retamar@retamarmillian.com

*Attorneys for Plaintiff Brian Borenstein*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; COUNTY OF CLARK, a political subdivision of the State of Nevada; CARLY SCHOLTEN, an individual; VICTOR ZAVALA, an individual; and ROE BUSINESS ENTITIES 1-5; and DOE INDIVIDUALS 1-5,<br><br>Defendants. | Case No.: 2:19-cv-00985-CDS-NJK<br><br>**ORDER TO RESCHEDULE DEPOSITION OUTSIDE THE DISCOVERY DEADLINE**<br><br>**[SECOND REQUEST]** |

Plaintiff, BRIAN BORENSTEIN, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., Robert S. Melcic, Esq., and Richard E. Retamar, Esq. of Retamar & Millian,

1

P.A., and Defendants, COUNTY OF CLARK ("Clark County") and VICTOR ZAVALA, by and through their counsel, Jonathan D. Blum, Esq., of the law firm Wiley Petersen, THE ANIMAL FOUNDATION and CARLY SCHOLTEN, by and through their counsel, Brad Lipman, Esq., of the law firm Reid Rubinstein & Bogatz, hereby stipulate and request the Court to allow a deposition, originally scheduled for July 6, 2023, to be taken outside the Discovery Deadline of July 7, 2023.

Since this Court issued its Order on Plaintiff's Motion to extend discovery deadlines, (**ECF No. 320**), the parties have been working to schedule and complete five depositions. Two of the five depositions have been completed in the states of Illinois and Florida, respectively, as follows:

| | |
|---|---|
| Carly Scholten | June 29, 2023 |
| Brian Borenstein | July 3, 2023 |

Additional depositions are scheduled and approved by the Court to be taken, (**ECF No. 325**), as follows:

| | |
|---|---|
| The Animal Foundation 30(b)(b) | July 24, 2023 |
| Victor Zavala | July 27, 2023. |

The deposition of Clark County 30(b)(6) was noticed and set to proceed on July 6, 2023, but counsel for Plaintiff had a veterinary emergency and had to vacate the deposition. Thus, the parties had to find new dates available for the deponent and all counsel. As such, the parties stipulate, and seek Court approval, to conduct the remaining deposition on August 7, 2023.

All parties agree to the above dates, however, following Plaintiff's counsel's emergency and due to the difficulties in coordinating numerous schedules and scheduling conflicts, this deposition could not be rescheduled before August 2023. As such, they seek court approval to conduct the remaining deposition as outlined above.

This stipulated extension is for good cause, and not for improper delay.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 17, 2023

2