RAELENE K. PALMER
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
6605 Grand Montecito Pkwy, Suite 100
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com

ROBERT S. MELCIC
Nevada Bar No. 14923
THE LAW OFFICE OF ROBERT S. MELCIC
3315 E. Russell Rd., Suite A4-271
Las Vegas, NV 89120
Phone: (725) 577-8013
Email: robertmelcic@gmail.com

RICHARD E. RETAMAR
Admitted Pro Hac Vice
RETAMAR & MILLIAN, P.A.
685 E. Hillsboro Boulevard
Deerfield Beach, Florida 33441
Phone: (954) 834-0404
Email: retamar@retamarmillian.com

*Attorneys for Plaintiff Brian Borenstein*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; *et al.*<br><br>Defendants | Case No.: 2:19-cv-00985-CDS-NJK<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO RESPOND TO [ECF 342] MOTION TO DISMISS THIRD AMENDED COMPLAINT BY DEFENDANTS COUNTY OF CLARK AND VICTOR ZAVALA**<br><br>**(Second Request)** |

COMES NOW Plaintiff, BRIAN BORENSTEIN, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., Robert S. Melcic, Esq. of THE LAW OFFICE

OF ROBERT S. MELCIC, and Richard E. Retamar, Esq. of RETAMAR & MILLIAN, P.A., and Defendants, COUNTY OF CLARK, and VICTOR ZAVALA, by and through their counsel, Jonathan D. Blum, Esq., of the law firm Wiley Petersen, and hereby request the Court to extend the deadlines for Plaintiff to respond to [ECF 342] *Motion to Dismiss Third Amended Complaint by Defendants County of Clark and Victor Zavala* from **Friday, September 15, 2023 to  Friday, September 29, 2023**.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1       This is the second request for an extension. The original deadline was September 6,

2  2023, which this Court extended to September 15, 2023, [ECF 358] on the parties' stipulation,

3  [ECF 351]. The parties submit that this request is made in good faith and not for the purpose of

4  undue delay but is related to caseload and calendar deadlines, including additional motion

5  practice in this case, for Plaintiff's counsel.

| DATED this 15th day of September 2023. | DATED this 15th day of September 2023. |
| --- | --- |
| THE PALMER LAW FIRM, P.C. | WILEY PETERSEN |
| By:  _/ s / **Raelene K. Palmer**_ | By: _/ s / **Jonathan D. Blum**_ |
|    Raelene K. Palmer, Esq. |    Jonathan D. Blum, Esq. |
|    State Bar No. 8602 |    State Bar No. 9515 |
|    6605 Grand Montecito Pkwy, Suite 100 |    1050 Indigo Drive, Suite 200B |
|    Las Vegas, Nevada 89149 |    Las Vegas, Nevada 89145 |
|    (702) 952-9533 |    (702) 910-3329 |
|    rpalmer@plflawyers.com |    jblum@wileypetersenlaw.com |
| | *Attorneys for Defendants, County of* |
| *Attorneys for Plaintiff Brian Borenstein* | *Clark and Victor Zavala* |

### <u>ORDER</u>

     IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE

DATED:    September 18            , 2023.