JONATHAN D. BLUM, ESQ.
Nevada Bar No. 09515
**WILEY PETERSEN**
1050 Indigo Dr., Suite 200B
Las Vegas, Nevada 89145
Telephone No. (702) 910-3329
Facsimile: (702) 553-3467
jblum@wileypetersenlaw.com

*Attorneys for Defendants,*
*County of Clark and Victor Zavala*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; COUNTY OF CLARK, a political subdivision of the State of Nevada; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a foreign limited-liability company domiciled in Delaware; CARLY SCHOLTEN, an individual; VICTOR ZAVALA, an individual; and ROE BUSINESS ENTITIES 1-5; and DOE INDIVIDUALS 1-5,<br><br>Defendants, | CASE NO.: 2:19-CV-00985-CDS-NJK<br><br>**STIPULATION AND ORDER FOR DEFENDANTS' COUNTY OF CLARK AND VICTOR ZAVALA TO REPLY TO [ECF NO. 378] PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendants, COUNTY OF CLARK ("Clark County") and VICTOR ZAVALA ("Zavala"), by and through their counsel of record, Jonathan D. Blum, Esq., of the law firm Wiley Petersen and Plaintiff, BRIAN BORENSTEIN, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., Robert S. Melcic, Esq. of The Law Office of Robert S. Melcic, and Richard E. Retamar, Esq. of Retamar & Millian, P.A., hereby stipulate and request the Court to extend the deadlines for Defendants Clark County and Zavala to reply to [ECF No. 378] *Plaintiff's Opposition to [ECF No. 342], Motion to Dismiss Third Amended Complaint by Defendants County of Clark and Victor Zavala* (the "Opposition") from **Thursday, October 12, 2023 to Friday, October 20, 2023.**

This is the first request for an extension. The parties submit that this request is made in good faith and not for the purpose of undue delay. The Opposition is lengthy and raises numerous issues of

1

1. fact and law, making six days to properly respond difficult. Additionally, counsel for Defendants Clark
2. County and Lt. Zavala have several depositions, deadlines, and other time-sensitive work obligations
3. from October 9 through October 12, necessitating an additional eight days to properly reply.

DATED this _6_ day of October, 2023.

**THE PALMER LAW FIRM, P.C.**

By: _/s/ Raelene Palmer_
RAELENE K. PALMER, ESQ.
Nevada Bar No. 8602
6605 Grand Montecito Pkwy., Suite 100
Las Vegas, Nevada 89149

ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121

RICHARD E. RETAMAR, ESQ.
*Admitted Pro Hac Vice*
Retamar & Millian, P.A.
685 E. Hillsboro Blvd.
Deerfield Beach, Florida 33441

*Attorneys for Plaintiff,
Brian Borenstein*

DATED this _6_ day of October, 2023.

**WILEY PETERSEN**

By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Ph: 702.910.3329
jblum@wileypetersenlaw.com

*Attorneys for Defendant,
County of Clark, Victor Zavala*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 10, 2023