RAELENE K. PALMER
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
6605 Grand Montecito Pkwy, Suite 100
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com

ROBERT S. MELCIC
Nevada Bar No. 14923
THE LAW OFFICE OF ROBERT S. MELCIC
3315 E. Russell Rd., Suite A4-271
Las Vegas, NV 89120
Phone: (725) 577-8013
Email: robertmelcic@gmail.com

RICHARD E. RETAMAR
Admitted Pro Hac Vice
RETAMAR & MILLIAN, P.A.
685 E. Hillsboro Boulevard
Deerfield Beach, Florida 33441
Phone: (954) 834-0404
Email: retamar@retamarmillian.com

*Attorneys for Plaintiff Brian Borenstein*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; *et al.*<br><br>Defendants | Case No.: 2:19-cv-00985-CDS-NJK<br><br>**Order Approving STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE ANIMAL FOUNDATION'S PARTIAL MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)**<br><br>[ECF No. 480] |

COMES NOW Plaintiff, Brian Borenstein, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., Robert S. Melcic, Esq. of The Law Office of

- 2 -

Robert S. Melcic, and Richard E. Retamar, Esq. of Retamar & Millian, P.A., and Defendants, The Animal Foundation ("TAF"), by and through its counsel, Brad Lipman, of the law firm Reid Rubinstein & Bogatz, and County of Clark, by and through its counsel, Jonathan D. Blum, Esq., of the law firm Wiley Petersen, and hereby request the Court to extend the deadlines for Plaintiff to respond to *The Animal Foundation's Partial Motion for Summary Judgment*, from **Thursday, December 26, 2024 to Thursday, January 16, 2025**, and for TAF to reply thereto seven days after the response is docketed.

WHEREAS:

1. On November 22, 2024, this Court ordered Plaintiff to respond to *The Animal Foundation's Partial Motion for Summary Judgment* within twenty-one days after the motion was docketed and that any reply by TAF be filed seven days after the response is docketed. See **ECF No. 473**, at 4:20-5:1.

2. On December 5, 2024, TAF filed a *Partial Motion for Summary Judgment* (**ECF No. 477**, *et al.*), triggering a deadline for Plaintiff to respond by December 26, 2024.

3. Plaintiff's undersigned counsel is participating as counsel in a federal arbitration hearing scheduled between December 9, and December 12, 2024. Thereafter, counsel must draft a complaint with a short statute of limitations deadline and address any other matters requiring immediate attention that arise during counsel's absence from the office during the arbitration.

4. Plaintiff's undersigned counsel then will be out of the office for previously scheduled holiday leave, beginning December 18, 2024.

5. This is the first request for an extension of these deadlines.

6. The request for an extension is made in good faith and not for purposes of unreasonable delay.

///
///
///
///
///

THEREFORE:

7. Based on these representations, Defendants have stipulated to Plaintiff's request for an extension of time to respond to the foregoing motion and for TAF to reply thereto seven days after the response is docketed.

| DATED this 5th day of December 2024. | DATED this 5th day of December 2024. |
|---|---|
| THE PALMER LAW FIRM, P.C. | REID RUBINSTEIN & BOGATZ |
| *Electronic Signature Authorized* | *Electronic Signature Authorized* |
| By: / s / **Raelene K. Palmer**<br>Raelene K. Palmer, Esq.<br>State Bar No. 8602<br>6605 Grand Montecito Pkwy, Suite 100<br>Las Vegas, Nevada 89149<br>(702) 952-9533<br>rpalmer@plflawyers.com<br>*Attorneys for Plaintiff, Brian Borenstein* | By: / s / **Brad Lipman**<br>Brad Lipman, Esq.<br>State Bar No. 14567<br>300 S. Fourth Street, Suite 830<br>Las Vegas, Nevada 89101<br>(702) 776-7000<br>blipman@rrblf.com<br>*Attorneys for Defendants, The Animal Foundation and Carly Scholten* |
| DATED this 5th day of December 2024.<br><br>WILEY PETERSEN<br><br>*Electronic Signature Authorized*<br><br>By: / s / **Jonathan D. Blum**<br>Jonathan D. Blum, Esq.<br>State Bar No. 9515<br>10000 West Charleston Blvd., Suite 230<br>Las Vegas, Nevada 89135<br>(702) 910-3329<br>jblum@wileypetersenlaw.com<br>*Attorneys for Defendants, County of Clark and Victor Zavala* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: December 6, 2024