AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Brian Borenstein,

               Plaintiff,

v.

The Animal Foundation et al.,

               Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00985-CDS-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant, County of Clark, and against Plaintiff, Brian Borenstein.

05/12/2025
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk