RAELENE K. PALMER
Nevada Bar No. 8602
THE PALMER LAW FIRM, P.C.
6605 Grand Montecito Pkwy, Suite 100
Las Vegas, Nevada 89149
Phone: (702) 952-9533
Email: rpalmer@plflawyers.com

ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: robertmelcic@gmail.com

RICHARD E. RETAMAR
*Admitted Pro Hac Vice*
RETAMAR & MILLIAN, P.A.
685 E. Hillsboro Boulevard
Deerfield Beach, Florida 33441
Phone: (954) 834-0404
Email: retamar@retamarmillian.com

*Attorneys for Plaintiff Brian Borenstein*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN BORENSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE ANIMAL FOUNDATION, a domestic nonprofit corporation; et al.,<br><br>Defendants. | Case No.: 2:19-cv-00985-CDS-NJK<br><br>**ORDER TO EXTEND JOINT PRE-TRIAL ORDER DEADLINE**<br><br>**(First Request)** |

COME NOW Plaintiff, Brian Borenstein, by and through his counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., Robert S. Melcic, Esq., and Richard E. Retamar,

1  Esq. of Retamar & Millian, P.A., and Defendant, The Animal Foundation, by and through its
2  counsel, Bradley Lipman, Esq. of the law firm Reid, Rubinstein and Bogatz, and hereby request
3  the Court to extend the deadline for the Joint Pre-Trial Order by forty-five days from **Monday,**
4  **June 9, 2025 to Thursday, July 24, 2025**.

5  　　　　There is currently no order setting this deadline. The last deadline was set for September
6  6, 2023. [ECF No. 320]. Since then, other orders extending dispositive motion deadlines have
7  necessarily obviated that date. [ECF No. 322, 337]. As such, the deadline is determined by
8  Local Rule and the Court's May 9, 2025 order on dispositive motions, [ECF No. 490]:

9  　　　　**LR 26-1 DISCOVERY PLANS AND MANDATORY DISCLOSURES**

10  　　　　　　(b)　　Form of Stipulated Discovery Plan and Scheduling Order; . . .

11  　　　　　　　　(5) Pretrial Order. Unless the discovery plan otherwise
12  　　　　　　　　provides and the court so orders, the deadline for the joint pretrial
13  　　　　　　　　order is 30 days after the dispositive-motion deadline. If dispositive
14  　　　　　　　　motions are filed, the deadline for filing the joint pretrial order will
15  　　　　　　　　be suspended until 30 days after decision on the dispositive motions
16  　　　　　　　　or further court order.

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    Following the Court's May 9, 2025 order, Plaintiff's counselors have been collaborating
2  and preparing a draft of Plaintiff's proposals for TAF's consideration, which Plaintiff expects to
3  exchange with TAF's counsel, on or before the week of June 9, 2025. The parties anticipate that
4  further collaboration between them will then be necessary. Given this and other current case
5  deadlines and scheduling matters for both parties' counsel, the parties submit that this request is
6  made in good faith and not for the purpose of undue delay. Counsel for both parties have also
7  discussed the possibility of settlement and further mediation if settlement discussions seem
8  fruitful but do not result in a final agreement, which, based on a mediator's schedule might
9  necessitate a second request for extension of this deadline.

| DATED this 30th day of May 2025. | DATED this 30th day of May 2025. |
|---|---|
| THE PALMER LAW FIRM, P.C. | REID RUBENSTEIN & BOGATZ |
| By: _/ s / Raelene K. Palmer_ | By: _/ s / Brad Lipman_ |
| Raelene K. Palmer, Esq. | Brad Lipman, Esq. |
| State Bar No. 8602 | State Bar No. 14567 |
| 6605 Grand Montecito Pkwy, Suite 100 | 300 South 4th Street, Suite 830 |
| Las Vegas, Nevada 89149 | Las Vegas, Nevada 89101 |
| (702) 952-9533 | (702) 776-7000 |
| rpalmer@plflawyers.com | blipman@rrblf.com |
| _Attorneys for Plaintiff Brian Borenstein_ | _Attorneys for Defendant, The Animal Foundation_ |

## ORDER

IT IS SO ORDERED.

DATED: _____ June 2 , 2025.


UNITED STATES MAGISTRATE JUDGE