1
2
3 **UNITED STATES DISTRICT COURT**
4 **DISTRICT OF NEVADA**
5

6 BRIAN BORENSTEIN,                                    Case No. 2:19-cv-00985-CDS-NJK

          Plaintiff,
7                                                                      **Order**
  v.
8                                                             [Docket No. 498]
  THE ANIMAL FOUNDATION, et al.,
9
          Defendants.
10

11        Pending before the Court is Plaintiff's motion for an extension of time to file the joint

12 pretrial order. Docket No. 498. Defendant must file a response by September 24, 2025, and any

13 reply must be filed by September 25, 2025.

14        IT IS SO ORDERED.

15        Dated: September 22, 2025

16

17                                                        _____
                                                          Nancy J. Koppe
18                                                        United States Magistrate Judge

19
20
21
22
23
24
25
26
27
28

                                                1