# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BORENSTEIN, | Case No. 2:19-cv-00985-CDS-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 498) |
| THE ANIMAL FOUNDATION, et. al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion to extend time to file the joint pretrial order. Docket No. 498. On September 22, 2025, the Court entered an order shortening the briefing schedule. Docket No. 500. Defendant filed a response in limited opposition. Docket No. 501. Plaintiff filed a reply. Docket No. 502.

For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 498. The Court **EXTENDS** the deadline for the parties to file their joint pretrial order to November 3, 2025.

IT IS SO ORDERED.

DATED: September 25, 2025.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1