**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Brian Borenstein, | Case No. 2:19-cv-00985-CDS-NJK |
| Plaintiff | **Order Accepting Joint Pretrial Order** |
| v. | |
| The Animal Foundation, et al., | [ECF No. 506] |
| Defendants | |

On September 5, 2025, I rejected The Animal Foundation's (TAF) proposed joint pretrial order (ECF No. 499) because it failed to comply with the local rules. *See* Order, ECF No. 504. As relevant here, I explained in that order that the joint pretrial order (JTPO) was rejected, in part, because the plaintiff failed to participate in the preparation of the order as required by Local Rule 16-3(b). *Id.* I then set November 5, 2025, as the new due date for the JPTO. *Id.* at 2.

On November 3, 2025, the plaintiff filed a notice advising since the court's September 25th order, that the plaintiff's counsel has had minimal cooperation from TAF, which made him "doubtful" they could comply with this court's order to submit a JPTO. Notice, ECF No. 505. Emails attached to the notice reveal that the parties communicated in September and October. *See* ECF Nos. 505-2, 505-3, 505-4, 505-5. However, as the November 5th deadline approached, professional communications between the parties fell off the proverbial rails. *See* ECF No. 505-6. As a result, Borenstein filed his notice, and the proposed JPTO, on November 3, 2025. ECF Nos. 505, 506. While the notice suggests the proposed JPTO is not a joint submission, it contains both parties' signatures, so I accept it as such.

This action has been pending for almost seven years. The case is almost ready for trial. The parties are reminded that full cooperation is not just expected; it is required. The court will docket the signed JPTO separately.

Dated: January 29, 2026

_____
Cristina D. Silva
United States District Judge

2