UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Brian Borenstein,<br>Plaintiff<br>v.<br>The Animal Foundation,<br>Defendant | Case No. 2:19-cv-00985-CDS-NJK<br>**Order Regarding Motion for Clarification**<br>[ECF No. 537] |

On Friday, September 4, 2026, the court issued an amended order regarding trial. *See* ECF No. 534. Shortly thereafter, plaintiff's counsel filed a motion seeking clarification on three issues. Mot., ECF No. 537.

First, the motion asks if there needs to be an amended joint pretrial order filed to correct errors regarding the remaining claims and their elements. In short, the answer to counsel's request is no. As trial is days away, if counsel needs to clarify anything regarding the claims or their elements, it should be by way of filing an amended trial brief.

Second, counsel asks for clarification regarding whether the court is seeking to try the ADA claims under subsection (1) or (2) of Rule 39. The court cannot provide clarity regarding which subsection of Rule 39 will apply until after the defendant files the notice directed under the amended order. *See* ECF No. 534 at 3 (ordering the defendant to file notice affirmatively stating whether it consents to a jury verdict pursuant to Fed. R. Civ. P. 39(c)(2)).[1] Again, at this point, this is not an issue or question the court needs to resolve, much less hastily, but it is required to do so because of the parties' lack of preparation.

[1] The order included the word "advisory," which his inapplicable under subsection 2.

Third, the motion complains that the order did not address other deadlines that were set during the Thursday, September 3, 2026 calendar call. That information was not included in ECF No. 534 because it addresses *trial procedure*, not pretrial motions or any other previously set deadline. Thus, any previous court order, to include plaintiff's request for "escalating sanctions," stands.

Dated: September 7, 2026

________________________________

Cristina D. Silva
United States District Judge