**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

BRIAN BORENSTEIN,
Plaintiff

v.

THE ANIMAL FOUNDATION,
Defendant

**Case No.2:19-cv-00985-CDS-NJK**

**ORDER TEMPORARILY UNSEALING NOTES**

On 11-24-2026, Judy Moore, Court Reporter, received a Transcript Order form requesting the transcript of an **Evidentiary Hearing**, in which a portion of the hearing was sealed, held on 11-06-2026, from Attorney Raelene Palmer.

**IT IS THE ORDER OF THE COURT** that the sealed the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Ms. Palmer.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

Dated: November 24, 2026

CRISTINA D. SILVA
United States District Judge